

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                      |   |                          |
|----------------------|---|--------------------------|
|                      | § | No. 08-20-00065-CR       |
| EX PARTE             | § | Appeal from the          |
| SLADE ALAN MOORE,    | § | County Court             |
|                      | § | of Andrews County, Texas |
| Appellant.           | § | (TC# 19-0237)            |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below and remand this case to the trial court for further proceedings consistent with this opinion.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF FEBRUARY, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.